UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Earl Hill,

                                              Plaintiff,

*(In the space above enter the full name(s) of the plaintiff(s).)*

16CV9989

-against-

The City of New York; Female NYPD
Officer HARRIS (Officer I.D. #950563)
of the 44th Precinct,

                                              Defendants.

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name **Earl Hill**
              ID # **15A3167**
              Current Institution **Greene CF**
              Address **165 Plank Road**
              **Coxsackie, NY 12051-0008**

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name **City of New York**                Shield # _____
                   Where Currently Employed _____
                   Address _____

*Rev. 05/2010*                                         1

Defendant No. 2    Name __Female NYPD Officer HARRIS__    Shield #_____
                   Where Currently Employed __(Officer I.D. 3950563)__
                   Address __of the 44th Precinct @ 2 East 169th Street, Bronx, NY 10452__

Defendant No. 3    Name _____    Shield #_____
                   Where Currently Employed _____
                   Address _____

Defendant No. 4    Name _____    Shield #_____
                   Where Currently Employed _____
                   Address _____

Defendant No. 5    Name _____    Shield #_____
                   Where Currently Employed _____
                   Address _____

II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?

__This happened on the streets - - - SEE FACTS__

B.    Where in the institution did the events giving rise to your claim(s) occur?

__N/A__

C.    What date and approximate time did the events giving rise to your claim(s) occur?

**SEE FACTS**

D.   Facts:   **SEE ATTACHED "FACTS" @ pages 1 & 2**

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

**NO PHYSICAL INJURIES**

IV.   Exhaustion of Administrative Remedies:   **NOT APPLICABLE**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes ____   No ____               N/A

## FACTS

1. On the date of December 2, 2014 (after leaving my apartment and waiting for an elevator to arrive on the 11th floor) two 44th Precinct uniform officers approached me and my four friends and stated that they were impeding our further movement because of a noise complaint.

2. Soon thereafter a 44th Precinct Sergeant along with a team of uniform officers rushed the floor, kicked in a certain door down the hall from where we were standing, and discovered two hand guns.

3. As a result of the "two-gun" discovery the Sergeant, regardless of the fact that neither the guns or the apartment belonged to any of us, ordered his officers to handcuff all of us.

### AT THE 44TH PRECINCT

4. Upon full search of my person and effects, no contraband, whatsoever, was recovered from me.

5. And upon information and belief a female 44th Precinct uniform officer named HARRIS (officer I.D. #950563) arrested and processed me through the precinct's booking system.

6. As we all sat in the holding area awaiting process, I saw and heard a 44th Precinct Lieutenant ask the Sergeant (who spearheaded the search) what our arrest was about. When he told him, the Lieutenant asked him if he had a warrant to search the apartment. The Sergeant said no, "but I don't care LT—they'll probably go home tomorrow, but tonight their asses are mine!"

### ARRAIGNMENT

7. On the following day of December 3, 2014 a Bronx County arraignment judge set bail on my four friends, pending grand jury action. As I, myself, was also subject to the very-same grand jury action, the judge (because of the existence of a prior August 21, 2013 2nd Degree Gang Assault arrest I had incurred, in which I was, at that time, out on bail since February of 2014) remanded me to the custody of the NYCDOC. NOT FAIR!

### CPL § 180.80 DATE

8. Because there was no grand jury action on our scheduled CPL § 180.80 date, my four friends were released from custody. I, on the other hand, was forced to remain in custody on remand status.

9. And because of my remand status the Gang Assault case prosecutor continuously bombarded me with prison offers no less than 12 years. Because of the constant threats of prison time AND

because of being cooped up in a Rikers' Island cell, I became super-stressed out, especially since I was the only one-of-the-five of us still in a city jail on the fictitious "two-guns" charge.

10. And down the line I caved in and accepted a plea offer of 5 years (of which I am now doing that 5 years).

11. The bottom line is, had the unlawful "two-guns" arrest never happened, I strongly believe that I woud've remained at liberty (while out on bail for the August 21, 2013 2nd Degree Gang Assault arrest) without my ever violating any New York State Penal Law offenses.

12. In either event, the above-stated illegal search and seizure of my person and effects, the pinning of the two hand guns on me in which DID NOT belong to me, the false arrest for the two hand guns, the false imprisonment for the two hand guns, and the malicious prosecution of the criminal case by the Bronx County District Attorney for the two hand guns were ALL a major violation of my 4th Amendment Constitutional Rights. (And let's not forget that my bail status was wrongly revoked!)

13. As a direct result of all of the above, this civil suit ensues.

NOT APPLICABLE

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes _____   No _____   Do Not Know _____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes _____   No _____   Do Not Know _____

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes _____   No _____

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes _____   No _____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

   1. Which claim(s) in this complaint did you grieve? _____

   2. What was the result, if any? _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
   _____
   _____
   _____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____
   _____
   _____
   _____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____N/A_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____N/A_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). **I respectfully submit to this Court to find the defendants guilty of false arrest, false imprisonment, and maliciuos prosecution in the sum of $1,000,000.00**

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No **X**

*Rev. 05/2010*                                    5

**NOT APPLICABLE**

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No **X**

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th day of December, 2016.

Signature of Plaintiff: *[signature]*

Inmate Number: 15A3167

Institution Address: Greene CF
165 Plank Road
Coxsackie, NY 12051-0008

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 12th day of December, 2016 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *[signature]*

*Rev. 05/2010*

7

Earl Hill 15A3167
Greene Correctional Facility
P.O Box 975
Coxsackie, New York 12051-0975

GREENE CORRECTIONAL FACILITY

$02.20⁰
12/16/2016
Mailed From 12051
US POSTAGE

USM P3
SDNY

United States District Courts
Southern District of New York
500 Pearl St. (attn: ProSe Intake Unit)
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2016 DEC 28 PM 12:23
S.D. OF N.Y.

LEGAL MAIL